1  MARC J. FAGEL (Cal. Bar No. 154425)
   SUSAN F. LaMARCA (Cal. Bar No. 215231)
2    lamarcas@sec.gov

3  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
4  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
5  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501
6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11

12 | SECURITIES AND EXCHANGE COMMISSION, | Case No. C-98-0197 |
   |---|---|
13 | Plaintiff, | [~~PROPOSED~~] ORDER GRANTING SECURITIES AND EXCHANGE COMMISSION'S ADMINISTRATIVE APPLICATION TO DISBURSE FUNDS PAID INTO THE COURT BY DEFENDANT RUSSELL FAUST TO THE UNITED STATES TREASURY |
14 | vs. | |
15 | RUSSELL FAUST, | |
16 | Defendant. | |

**[PROPOSED] ORDER TO DISBURSE FUNDS PAID INTO THE COURT BY DEFENDANT RUSSELL FAUST TO THE UNITED STATES TREASURY**

Plaintiff Securities and Exchange Commission (the "Commission") filed an Application for an Order directing that the funds paid into the Court by defendant Russell Faust, pursuant to the Final Judgment of Permanent Injunction and Other Legal and Equitable Relief, entered on May 26, 1998, be disbursed to the United States Treasury.

Good cause appearing from the Commission's papers, it is therefore ordered that the Clerk of the Court shall disburse to the United States Treasury the $197,285 deposited into the Court's registry, along with the interest that has accrued to date on that deposit (less allowable administrative fees), which totaled approximately $266,367 as of September 3, 2008.

The Clerk of the Court is further authorized to issue a check (or make other payment by wire) to:

Office of Financial Management
Securities and Exchange Commission
Operations Center
6432 General Green Way, Mail Stop 0-3,
Alexandria, Virginia 22312

The payment shall be accompanied by a letter or other notice indicating that it is made pursuant to this Order in this case.

**IT IS SO ORDERED.**

Dated: November 24, 2008

*Jeffrey S. White*
United States District Judge

[Proposed] Order to Disburse Funds to Treasury
Civil Case No. C-98-0197